UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| David Ivey, M.D., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:17-cv-2775 UNA |
| | ) | |
| Audrain County, Missouri, et al. | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

The above styled and numbered case was filed on November 27, 2017 and assigned to the Eastern Division.

After a review of the case, it was determined that the case was assigned incorrectly. The case should have been assigned to the Northern Division.

Accordingly,

**IT IS HEREBY ORDERED** that the above styled case is transferred to the Northern Division and randomly assigned to the Honorable Nannette A. Baker, United States Magistrate Judge, under cause number 2:17-cv-00082.

**IT IS FURTHER ORDERED** that cause number 4:17-cv-2775 UNA be administratively closed.

GREGORY J. LINHARES<br>
CLERK OF COURT

Dated: November 28, 2017      By: /s/ Michele Crayton
                                  Court Services Manager

**In all future documents filed with the Court, please use the following case number 2:17-cv-00082 NAB.**